HUGH F. DOLAN, Appellant, *v.* JEREMIAH LEARY et al., Respondents.

*Dolan* v. *Leary,* 69 App. Div. 459, affirmed.
(Argued March 26, 1903; decided April 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*William S. Maddox* and *Stewart Chaplin* for appellant.

*William B. Hurd, Jr.,* and *Herman H. Baker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

———————————

HAROLD S. RANKINE, Appellant, *v.* JULIUS I. METZGER, Respondent.

*Rankine* v. *Metzger,* 69 App. Div. 264, affirmed.
(Argued March 26, 1903; decided April 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Eustace Conway* for appellant.

*John Larkin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.